QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Claude M. Stern (Bar No. 96737)
claudestern@quinnemanuel.com
Robert B. Wilson (*pro hac vice*)
robertwilson@quinnemanuel.com
Benjamin C. Koodrich (Bar No. 262521)
benjaminkoodrich@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California  94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Attorneys for Defendants Photon Dynamics, Inc.
and Orbotech, Inc.

*E-Filed 12/15/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| YIELDBOOST TECH, INC., | No. C 09-03828 RS |
|---|---|
| Plaintiff, | **STIPULATED REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| PHOTON DYNAMICS, INC. AND ORBOTECH, INC., | |
| Defendants. | |

Pursuant to Civil L.R. 6-2, Civil L.R. 7-12, and Civil L.R. 16-2(e), Defendants Photon Dynamics, Inc. and Orbotech, Inc. and Plaintiff YieldBoost Tech, Inc. hereby file this stipulated request that the case management conference set for December 16, 2009, at 2:30 p.m. be continued to January 20, 2010, at 2:30 p.m.

A case management conference in this case has been set for December 16, 2009, at 2:30 p.m.  *See* Order Setting Initial Case Management Conference and ADR Deadlines at 1 (Docket No. 3); Clerk's Notice (Docket No. 30).  As set forth in the accompanying declaration, a scheduling conflict has arisen for lead trial counsel for Defendants between the case management conference in this case and a case management conference in another case before this Court. Based on Defendants' communications with the Court's staff, the Defendants understand that the

1  Court prefers to resolve this scheduling conflict by continuing the case management conference in
2  this case to January 20, 2010, at 2:30 p.m.
3      The parties thus respectfully request that the Court order the case management conference
4  be continued to January 20, 2010, at 2:30 p.m.  The parties further stipulate that they shall file an
5  amended joint case management statement with an amended proposed schedule on or before
6  January 13, 2010.
7      Pursuant to General Order 45, Section X.B, I hereby attest that concurrence in the filing of
8  this stipulation has been obtained from Matthew J.M. Prebeg, counsel for Plaintiff.

10  DATED: December 15, 2009          Respectfully submitted,

11                                   QUINN EMANUEL URQUHART OLIVER &
12                                   HEDGES, LLP

14                                   By   /s/ Claude M. Stern
15                                        Claude M. Stern
                                          Attorneys for Defendants, Photon Dynamics, Inc.
16                                        and Orbotech, Inc.

17  DATED: December 15, 2009          GOLDSTEIN, FAUCETT & PREBEG, L.L.P.

19
20                                   By   /s/ Matthew J.M. Prebeg
                                          Matthew J.M. Prebeg
                                          Attorneys for Plaintiff YieldBoost Tech, Inc.

22  PURSUANT TO STIPULATION, IT IS SO ORDERED,
23  DATED:  December 15, 2009

                                     _____
                                     Richard Seeborg
                                     United States Magistrate Judge