***E-Filed 02/22/2010*

MICHAEL E. DERGOSITS (SBN 118206)
TEDDY K. JOE (SBN 242589)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone:   (415) 705-6377
Facsimile:   (415) 750-6383
Email:   mdergosits@dergnoah.com
Email:   tjoe@dergnoah.com

MATTHEW J.M. PREBEG (*pro hac vice*)
EDWARD W. GOLDSTEIN (*pro hac vice*)
HOLLY H. BARNES (*pro hac vice*)
GOLDSTEIN & FAUCETT, L.L.P.
1177 West Loop South, Suite 400
Houston, Texas 77027
Telephone:   (713) 877-1515
Facsimile:   (713) 877-1737
Email:   mprebeg@gfpiplaw.com
Email:   hbarnes@gfpiplaw.com

Attorneys for Plaintiff
YIELDBOOST TECHNOLOGIES, INC.

CLAUDE M. STERN
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Main No.:   (650) 801-5000
Fax No.:   (650) 801-5100
Email: claudestern@quinnemanuel.com

Attorney for Defendants
PHOTON DYNAMICS, INC. and
ORBOTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YIELDBOOST TECHNOLOGIES, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> PHOTON DYNAMICS, INC., a California corporation, and ORBOTECH, INC., a Delaware corporation, <br><br> Defendant. | Civil Action No.: 5:09-cv-03828-RS <br><br> **STIPULATED REQUEST FOR ORDER ENLARGING TIME PURSUANT TO CIVIL L.R. 6-2** <br><br> **DEMAND FOR JURY TRIAL** |

1  WHEREAS, a Case Management Conference was held for this case on January 20, 2010, and the parties filed an Amended Joint Case Management Statement at Docket No. 36;

WHEREAS, pursuant to the Case Management Scheduling Order, Docket No. 37, Plaintiff, YieldBoost Technologies, Inc. is to serve its Infringement Contentions and accompanying documents under Patent L.R. 3-1 and 3-2 on or before February 19, 2010;

WHEREAS, pursuant to the Case Management Scheduling Order, Defendants, Photon Dynamics, Inc. and Orbotech, Inc., are to serve their Invalidity Contentions and accompanying documents under Patent L.R. 3-3 and 3-4 on or before April 5, 2010;

WHEREAS, the parties have agreed to extend Plaintiff's deadline relating to its infringement contentions to February 23, 2010, and have further agreed to extend Defendants' deadline relating to its invalidity contentions for a corresponding four days up to and including April 9, 2010;

WHEREAS, the undersigned counsel, met, conferred and agreed that the dates for service of contentions pursuant to Patent L.R. 3-1 through 3-4 should be extended as follows:

| Event | Old Deadline | New Deadline |
|---|---|---|
| Plaintiff's infringement contentions Patent L.R. 3-1 and 3-2 | February 19, 2010 | February 23, 2010 |
| Defendants' invalidity contentions Patent L.R. 3-3 and 3-4 | April 5, 2010 | April 9, 2010 |

The remaining deadlines set forth in the Case Management Scheduling Order will not be affected.

03740.51469/3333763.1
STIPULATED REQUEST FOR ORDER
ENLARGING TIME

Case No.: 5:09-cv-03828-RS

- 2 -

NOW THEREFORE, IT IS STIPULATED, AGREED AND ORDERED that the date for serving Infringement Contentions shall be extended to February 23, 2010, and the date for serving Invalidity Contentions shall be extended to April 9, 2010.

Dated: February 19, 2010          By:            /s/
                                              Claude M. Stern

                                          Attorney for Defendants
                                          PHOTON DYNAMICS, INC. and
                                          ORBOTECH, INC.

Dated: February 18, 2010          By:            /s/
                                              Matthew J.M. Prebeg

                                          Attorney for Plaintiff
                                          YIELDBOOST TECH., INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 02/22/2010                 By:  /s/ Richard Seeborg
                                       THE HONORABLE RICHARD SEEBORG
                                       UNITED STATES DISTRICT JUDGE

03740.51469/3333763.1
STIPULATED REQUEST FOR ORDER
ENLARGING TIME                                        Case No.: 5:09-cv-03828-RS

- 3 -