UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YIELDBOOST TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHOTON DYNAMICS, INC., et al., <br><br> Defendants. | Case No.: C 09-3828 RS (PVT) <br><br> **ORDER SETTING DEADLINE FOR PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO SHORTEN TIME** |

On March 17, 2010, Defendants filed a motion to shorten the time for briefing and hearing a motion to compel Infringement Contentions that Comply with Patent Local Rule 3-1. Based on the motion and the file herein,

IT IS HEREBY ORDERED that the deadline for opposing Defendants' motion to shorten time is advanced to March 19, 2010. Pursuant to Civil Local Rule 6-3(c), Plaintiff's opposition would normally be March 23, 2010. However, in light of the short briefing schedule requested and the needs of the case, the court finds it appropriate to advance the response date for the motion to shorten time.

Dated: *3/18/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*