1   MICHAEL E. DERGOSITS (SBN. 118206)          CLAUDE M. STERN (SBN 96737)
    TEDDY K. JOE (SBN. 242589)                  ROBERT B. WILSON (*pro hac vice*)
2   DERGOSITS & NOAH LLP                        JESSE GERACI (SBN 259755)
    Three Embarcadero Center, Suite 410         QUINN EMANUEL URQUHART &
3   San Francisco, CA 94111                     SULLIVAN, LLP
    Telephone:    (415) 705-6377                555 Twin Dolphin Drive, 5th Floor
4   Facsimile:    (415) 750-6383                Redwood Shores, CA 94065
    Email:        mdergosits@dergnoah.com       Main No.:     (650) 801-5000
5   Email:        tjoe@dergnoah.com             Fax No.:      (650) 801-5100
                                                Email: claudestern@quinnemanuel.com
6   MATTHEW J.M. PREBEG (*pro hac vice*)        Email: robertwilson@quinnemanuel.com
    HOLLY H. BARNES (*pro hac vice*)            Email: jessegeraci@quinnemanuel.com
7   GOLDSTEIN & FAUCETT, L.L.P.
    1177 West Loop South, Suite 400             Attorney for Defendants
8   Houston, Texas  77027                       PHOTON DYNAMICS, INC. and
    Telephone:    (713) 877-1515                ORBOTECH, INC.
9   Facsimile:    (713) 877-1737
    Email:        mprebeg@gfpiplaw.com
10  Email:        hbarnes@gfpiplaw.com

11  Attorneys for Plaintiff,
    YIELDBOOST TECHNOLOGIES, INC.

12

13                      **UNITED STATES DISTRICT COURT**

14                     **NORTHERN DISTRICT OF CALIFORNIA**

15

16
    YIELDBOOST TECHNOLOGIES, INC.,       )   Civil Action No.: 5:09-cv-03828-RS (PVT)
17  a California corporation,            )
                                         )   **STIPULATION AND [PROPOSED]**
18              Plaintiff,               )   **ORDER CHANGING TIME PURSUANT**
        v.                               )   **TO CIVIL L.R. 6-2**
19                                       )
    PHOTON DYNAMICS, INC.,               )
20  a California corporation, and ORBOTECH, )
    INC., a Delaware corporation,        )   **DEMAND FOR JURY TRIAL**
21                                       )
                Defendant.               )
22                                       )
    _____   )

23

24

25

26

27

28

1       WHEREAS, on March 17, 2010, Defendants filed a Motion to Compel Infringement

2 Contentions That Comply With Patent L.R. 3-1 (D.I. 47), requesting that the Motion be heard on

3 April 6, 2010;

4       WHEREAS, on March 17, 2010, Defendants filed a Motion to Shorten Time To Hear

5 Defendants' Motion To Compel Infringement Contentions That Comply With Patent L.R. 3-1 (D.I.

6 48), proposing that Plaintiff file its Opposition no later than Wednesday, March 24, 2010, that

7 Defendants file a Reply no later than Monday, March 29, 2010, and that the Court will hear

8 Defendants' Motion To Compel Infringement Contentions That Comply With Patent L.R. 3-1 on

9 Tuesday, April 6, 2010, at 10:00 am;

10       WHEREAS, on March 18, 2010, the Court issued an Order Setting Deadline For Plaintiff To

11 File An Opposition To Defendants' Motion to Shorten Time (D.I. 51), setting today, March 19, 2010

12 as the deadline for Plaintiff's Opposition to Defendants' Motion to Shorten Time;

13       WHEREAS, the undersigned counsel, met, conferred and stipulated to the following briefing

14 schedule for Defendants' Motion to Compel Infringement Contentions That Comply With Patent

15 L.R. 3-1:

16

17

18

| Event | Deadline |
|---|---|
| Plaintiff's Opposition to Defendants' Motion to Compel Infringement Contentions That Comply With Patent L.R. 3-1 | March 26, 2010 |
| Defendants' Reply to Plaintiff's Opposition to Defendants' Motion to Compel Infringement Contentions That Comply With Patent L.R. 3-1 | March 30, 2010 |
| Hearing on Defendants' Motion to Compel Infringement Contentions That Comply With Patent L.R. 3-1 | April 6, 2010 |

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER       – 2 –
CHANGING TIME PURSUANT TO CIVIL L.R. 6-2
Civil Action No.  5:09-cv-03828-RS (PVT)

1     NOW THEREFORE, IT IS STIPULATED, AGREED AND ORDERED that the date for

2  filing Plaintiff's Opposition to Defendants' Motion to Compel Infringement Contentions That

3  Comply With Patent L.R. 3-1 shall be March 26, 2010, the date for filing Defendants' Reply to

4  Plaintiff's Opposition to Defendants' Motion to Compel Infringement Contentions That Comply

5  With Patent L.R. 3-1 shall be March 30, 2010, and the hearing on said matter is April 6, 2010 at

6  10:00 am.

7

8  Dated: March 19, 2010                    By:_____/s/_____
                                               Jesse Geraci
9
                                            Attorney for Defendants
10                                          PHOTON DYNAMICS, INC. and
                                            ORBOTECH, INC.
11

12

13  Dated: March 19, 2010                   By:_____/s/_____
                                               Michael E. Dergosits
14
                                            Attorney for Plaintiff
15                                          YIELDBOOST TECH., INC.

16

17  PURSUANT TO STIPULATION, IT IS SO ORDERED.

18
                                            By: *Patricia V. Trumbull*
19  DATED: _____3/22/10_____              THE HONORABLE PATRICIA V. TRUMBULL
                                            UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER          – 3 –
CHANGING TIME PURSUANT TO CIVIL L.R. 6-2
Civil Action No.  5:09-cv-03828-RS (PVT)