DERGOSITS & NOAH LLP
  Michael E. Dergosits (SBN 118206)
  Teddy K. Joe (SBN 242589)
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone:   (415) 705-6377
Facsimile:   (415) 750-6383
Email:   mdergosits@dergnoah.com
Email:   tjoe@dergnoah.com

GOLDSTEIN FAUCETT & PREBEG, LLP
  Matthew J.M. Prebeg (*pro hac vice*)
  Edward W. Goldstein (*pro hac vice*)
  Holly H. Barnes (*pro hac vice*)
1177 West Loop South, Suite 400
Houston, Texas  77027
Telephone:   (713) 877-1515
Facsimile:   (713) 877-1737
Email:   mprebeg@gfpiplaw.com
Email    egoldstein@gfpiplaw.com
Email:   hbarnes@gfpiplaw.com

Attorneys for Plaintiff
YIELDBOOST TECH, INC.

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Claude M. Stern (SBN 96737)
  Robert B. Wilson (*pro hac vice*)
  Jesse Geraci (SBN 259755)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Main No.:   (650) 801-5000
Fax No.:   (650) 801-5100
Email: claudestern@quinnemanuel.com
Email:  robertwilson@quinnemanuel.com
Email:  jessegeraci@quinnemanuel.com

Attorneys for Defendants
PHOTON DYNAMICS, INC. and
ORBOTECH, INC.

*E-Filed 4/7/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YIELDBOOST TECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHOTON DYNAMICS, INC. AND ORBOTECH, INC., <br><br> Defendants. | No. C 09-03828 RS (PVT) <br><br> **STIPULATION AND [PROPOSED] ORDER PURSUANT TO CIVIL L.R. 6-2 TO ENLARGE TIME FOR SERVING INVALIDITY CONTENTIONS AND CLAIM CONSTRUCTION DISCLOSURES** |

03740.51469/3421718.1

Case No. C 09-03828-RS (PVT)
STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR SERVING INVALIDITY
CONTENTIONS AND CLAIM CONSTRUCTION DISCLOSURES

1  WHEREAS, a Case Management Conference was held for this case on January 20, 2010,
2  and the parties filed an Amended Joint Case Management Statement (Dkt. No. 36);
3  WHEREAS, pursuant to the Case Management Scheduling Order (Dkt. No. 37),
4  Defendants, Photon Dynamics, Inc. and Orbotech, Inc., were to serve their invalidity contentions
5  and accompanying documents under Patent L.R. 3-3 and 3-4 on or before April 5, 2010;
6  WHEREAS, on February 19, 2010, the parties filed a Stipulated Request for Order
7  Enlarging Time Pursuant to Civil L.R. 6-2 (Dkt. No. 42), and on February 22, 2010 the Court
8  granted the parties' request (Dkt. No. 43);
9  WHEREAS, pursuant to the Court's Order (Dkt. No. 43), Defendants, Photon Dynamics,
10 Inc. and Orbotech, Inc., are to serve their invalidity contentions and accompanying documents
11 under Patent L.R. 3-3 and 3-4 on or before April 9, 2010;
12 WHEREAS, pursuant to the Case Management Scheduling Order (Dkt. No. 37), the parties
13 are to exchange proposed terms for construction, pursuant to Patent L.R. 4-1, on or before April
14 15, 2010;
15 WHEREAS, pursuant to the Case Management Scheduling Order (Dkt. No. 37), the parties
16 are to exchange preliminary claim constructions and extrinsic evidence, pursuant to Patent L.R. 4-
17 2, on or before May 5, 2010;
18 WHEREAS, on March 17, 2010 Defendants filed a Motion to Extend the Time for Serving
19 Invalidity Contentions and Claim Construction Deadlines Pending a Ruling on Defendants'
20 Motion To Compel Infringement Contentions that Comply with Patent L.R. 3-1 (Dkt. No. 49)
21 (hereinafter "Defendants' Motion to Extend Time"), wherein Defendants requested an extension
22 of the deadlines for invalidity contentions and claim construction disclosures which depends upon
23 the date that Defendants receive adequate infringement contentions;
24 WHEREAS, on March 23, 2010 Plaintiff filed an Opposition to Defendants' Motion to
25 Extend Time (Dkt. No. 60), wherein Plaintiff opposed an extension of the deadlines for invalidity
26 contentions and claim construction disclosures which depends upon receipt of adequate
27 infringement contentions, but did not oppose a fixed extension of 21 days;
28 WHEREAS, the Court has not ruled on Defendants' Motion to Extend Time;

WHEREAS, the undersigned counsel, met, conferred and agreed that the dates for service of invalidity contentions and exchange of claim construction disclosures should be extended, pending resolution of Defendants' Motion to Extend Time, by 21 days as follows:

| Event | Old Deadline | New Deadline |
|---|---|---|
| Defendants' Invalidity Contentions (Patent L.R. 3-3 and 3-4) | April 9, 2010 | April 30, 2010 |
| Exchange of Proposed Terms for Construction (Patent L.R. 4-1) | April 15, 2010 | May 6, 2010 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | May 5, 2010 | May 26, 2010 |

NOW THEREFORE, IT IS STIPULATED, AGREED AND ORDERED that until the Court rules on Defendants' Motion to Extend Time (Dkt. No. 49), the date for serving invalidity contentions shall be extended to April 30, 2010, the date for exchanging proposed terms for construction shall be extended to May 6, 2010, and the date for exchanging preliminary claim constructions and extrinsic evidence shall be extended to May 26, 2010.

Dated: April 6, 2010

By: _/s/ Jesse Geraci_
Jesse Geraci
Attorneys for Defendants
PHOTON DYNAMICS, INC. and
ORBOTECH, INC.

Dated: April 6, 2010

By: _/s/ Holly H. Barnes_
Holly H. Barnes
Attorneys for Plaintiff
YIELDBOOST TECH, INC.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Holly Barnes.

Dated: April 6, 2010

By: _/s/ Jesse Geraci_
Jesse Geraci

03740.51469/3421718.1

-2-   Case No. No. C 09-03828-RS (PVT)
STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR SERVING INVALIDITY CONTENTIONS AND CLAIM CONSTRUCTION DISCLOSURES

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  DATED: ___4/7_____, 2010

4  _____
   Hon. Richard Seeborg
5  United States District Judge

03740.51469/3421718.1

-3-    Case No. No. C 09-03828-RS (PVT)
STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR SERVING INVALIDITY
CONTENTIONS AND CLAIM CONSTRUCTION DISCLOSURES