DERGOSITS & NOAH LLP
  Michael E. Dergosits (SBN 118206)
  Teddy K. Joe (SBN 242589)
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone:    (415) 705-6377
Facsimile:    (415) 750-6383
Email:        mdergosits@dergnoah.com
Email:        tjoe@dergnoah.com

GOLDSTEIN FAUCETT & PREBEG, LLP
  Matthew J.M. Prebeg (*pro hac vice*)
  Edward W. Goldstein (*pro hac vice*)
  Holly H. Barnes (*pro hac vice*)
1177 West Loop South, Suite 400
Houston, Texas  77027
Telephone:    (713) 877-1515
Facsimile:    (713) 877-1737
Email:        mprebeg@gfpiplaw.com
Email:        egoldstein@gfpiplaw.com
Email:        hbarnes@gfpiplaw.com

Attorneys for Plaintiff
YIELDBOOST TECH, INC.

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Claude M. Stern (SBN 96737)
  Robert B. Wilson (*pro hac vice*)
  Jesse Geraci (SBN 259755)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Main No.:    (650) 801-5000
Fax No.:     (650) 801-5100
Email: claudestern@quinnemanuel.com
Email: robertwilson@quinnemanuel.com
Email: jessegeraci@quinnemanuel.com

Attorneys for Defendants
PHOTON DYNAMICS, INC. and
ORBOTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YIELDBOOST TECH, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PHOTON DYNAMICS, INC. AND ORBOTECH, INC.,<br><br>　　　　Defendants. | No. C 09-03828 RS (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER PURSUANT TO CIVIL L.R. 6-2 TO SHORTEN TIME TO HEARING ON YIELDBOOST'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Hearing:　　Mon, April 19, 2010<br>Time:　　　10:00 a.m.<br>Crtrm.:　　Crtrm. 5, 4th Floor<br>Judge:　　Hon. Patricia V. Trumbull |

1  WHEREAS, on March 22, 2010, Plaintiff filed a Motion to Compel Production of
2  Documents (Dkt. No. 55), requesting that the Motion be heard on April 6, 2010;
3  WHEREAS, on March 22, 2010, Plaintiff filed a Motion to Shorten Time To Hear
4  Plaintiffs Motion to Compel Production of Documents (Dkt. No. 57), proposing that Defendants
5  file their Opposition no later than Monday, March 29, 2010, that Plaintiff file a Reply no later than
6  Friday, April 2, 2010, and that the Court will hear Plaintiffs Motion to Compel Production of
7  Documents on Tuesday, April 6, 2010, at 10:00 a.m.;
8  WHEREAS, on March 25, 2010, Defendants filed an Opposition to Plaintiff's Motion to
9  Shorten Time To Hear Plaintiff's Motion to Compel Production of Documents (Dkt. No. 62)
10 proposing that Plaintiff's Motion to Compel Production of Documents be heard and briefed on the
11 normal schedule;
12 WHEREAS, the Court has not ruled on Plaintiff's Motion to Shorten Time To Hear Its
13 Motion to Compel Production of Documents, the Defendants have not yet filed their Opposition,
14 and Plaintiff has not yet filed a Reply;
15 WHEREAS, the undersigned counsel, met, conferred and stipulated to the following
16 briefing schedule for Plaintiff's Motion to Compel Production of Documents:

| Event | Deadline |
|---|---|
| Defendants' Opposition to Plaintiff's Motion to Compel Production of Documents | April 6, 2010 |
| Plaintiff's Reply in Support of Its Motion to Compel Production of Documents | April 12, 2010 |
| Hearing on Plaintiff's Motion to Compel Production of Documents | April 19, 2010 |

NOW THEREFORE, IT IS STIPULATED, AGREED AND ORDERED that the date for filing Defendants' Opposition to Plaintiff's Motion to Compel Production of Documents shall be April 6, 2010, the date for filing Plaintiff's Reply in Support of Its Motion to Compel Production of Documents shall be April 12, 2010, and the hearing on said matter is April 19, 2010 at 10:00 a.m.

Dated: April 6, 2010

By: _/s/ Jesse Geraci_____
Jesse Geraci
Attorneys for Defendants
PHOTON DYNAMICS, INC. and
ORBOTECH, INC.

Dated: April 6, 2010

By: _/s/ Teddy K. Joe_____
Teddy K. Joe
Attorneys for Plaintiff
YIELDBOOST TECH, INC.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Ted Joe.

Dated: April 6, 2010

By: _/s/ Jesse Geraci_____
Jesse Geraci

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  __*April 7*__, 2010

_____
Hon. Patricia V. Trumbull
United States Magistrate Judge