1   Michael E. Dergosits (Bar No. 118206)
2   Teddy K. Joe (Bar No. 242589)
    DERGOSITS & NOAH, LLP
3   Three Embarcadero Center, Suite 410
    San Francisco, CA 94111
4   Telephone:    (415) 705-6377
    Facsimile:    (415) 750-6383
5   mdergosits@dergnoah.com
    tjoe@dergnoah.com

6   Matthew J.M. Prebeg (*pro hac vice*)
    Edward W. Goldstein (*pro hac vice*)
7   Holly H. Barnes (*pro hac vice*)
    GOLDSTEIN, FAUCETT & PREBEG L.L.P.
8   1177 West Loop South, Suite 400
    Houston, TX 77027
9   Telephone: (713) 877-1515
    Facsimile: (713) 877-1735
10  mprebeg@gfpiplaw.com
    egoldstein@gfpiplaw.com
11  hbarnes@gfpiplaw.com

12  Attorneys for Plaintiff
    YieldBoost Technologies, Inc.

Claude M. Stern (Bar No. 96737)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:    650-801-5000
Facsimile:    650-801-5100
claudestern@quinnemanuel.com

Robert B. Wilson (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
robertwilson@quinnemanuel.com

Jesse Geraci (Bar No. 259755)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875 6600
Facsimile: (415) 875 6700
jessegeraci@quinnemanuel.com

Attorneys for Defendants Photon Dynamics,
Inc. and Orbotech, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| YIELDBOOST TECHNOLOGIES, INC., a California corporation, | Civil Action No.: 5:09-cv-03828-RS |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING REQUEST TO EXTEND 30-DAY CONDITIONAL DISMISSAL [F.R.C.P. 41(a)] |
| PHOTON DYNAMICS, INC., a California corporation, and ORBOTECH, INC., a Delaware corporation, | |
| Defendants. | Honorable Richard Seeborg |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [~~PROPOSED~~] ORDER

In consideration of the parties' request to extend the previously-entered, voluntary 30-day Conditional Dismissal with prejudice of the above-titled action, under Federal Rule of Civil Procedure 41(a),

IT IS HEREBY ORDERED THAT all scheduled dates remain VACATED and this action and all claims asserted herein DISMISSED with prejudice, unless reinstated by any party within thirty (30) days from the date of this Order.  Plaintiff or Defendants may restore this matter to the Court's active docket in the event that the parties fail to fully execute a written settlement agreement within 30 days from the date of this Order.

IT IS SO ORDERED.

Date:__ 5/19/10 _____          _____

THE HONORABLE RICHARD SEEBORG
United States District Court Judge