*E-Filed 7/26/10*

| | |
|---|---|
| Michael E. Dergosits (Bar No. 118206)<br>Teddy K. Joe (Bar No. 242589)<br>DERGOSITS & NOAH, LLP<br>Three Embarcadero Center, Suite 410<br>San Francisco, CA 94111<br>Telephone:     (415) 705-6377<br>Facsimile:      (415) 750-6383<br>mdergosits@dergnoah.com<br>tjoe@dergnoah.com<br><br>Matthew J.M. Prebeg (*pro hac vice*)<br>Edward W. Goldstein (*pro hac vice*)<br>Holly H. Barnes (*pro hac vice*)<br>GOLDSTEIN, FAUCETT & PREBEG L.L.P.<br>1177 West Loop South, Suite 400<br>Houston, TX 77027<br>Telephone: (713) 877-1515<br>Facsimile: (713) 877-1735<br>mprebeg@gfpiplaw.com<br>egoldstein@gfpiplaw.com<br>hbarnes@gfpiplaw.com<br><br>Attorneys for Plaintiff<br>YieldBoost Technologies, Inc. | Claude M. Stern (Bar No. 96737)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California  94065<br>Telephone:     650-801-5000<br>Facsimile:      650-801-5100<br>claudestern@quinnemanuel.com<br><br>Robert B. Wilson (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010-1601<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>robertwilson@quinnemanuel.com<br><br>Jesse Geraci (Bar No. 259755)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875 6600<br>Facsimile: (415) 875 6700<br>jessegeraci@quinnemanuel.com<br><br>Attorneys for Defendants Photon Dynamics, Inc. and Orbotech, Inc. |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | | |
|---|---|---|
| YIELDBOOST TECHNOLOGIES, INC.,<br>a California corporation,<br><br>            Plaintiff,<br>   v.<br><br>PHOTON DYNAMICS, INC.,<br>a California corporation, and ORBOTECH,<br>INC., a Delaware corporation,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 5:09-cv-03828-RS<br><br>**[PROPOSED] ORDER GRANTING THIRD REQUEST TO EXTEND 30-DAY CONDITIONAL DISMISSAL [F.R.C.P. 41(a)]**<br><br>Honorable Richard Seeborg |

[PROPOSED] ORDER GRANTING THIRD REQUEST TO EXTEND 30-DAY CONDITIONAL DISMISSAL
Civil Action No.: 5:09-cv-03828-RS                                 1

# [PROPOSED] ORDER

In consideration of the parties' third request to extend the previously-entered, voluntary 30-day Conditional Dismissal of the above-titled action, under Federal Rule of Civil Procedure 41(a),

IT IS HEREBY ORDERED THAT all scheduled dates remain VACATED, all claims asserted by Plaintiff herein shall be DISMISSED with prejudice, and all counterclaims asserted by Defendants herein shall be DISMISSED without prejudice, unless reinstated by any party within thirty (30) days – on or before August 18, 2010.  Plaintiff or Defendants may restore this matter to the Court's active docket in the event that the parties fail to fully execute a written settlement agreement on or before August 18, 2010.

IT IS SO ORDERED.

Date: __ 7/26/10 _____     _____
                                    THE HONORABLE RICHARD SEEBORG
                                    United States District Court Judge