Michael E. Dergosits (Bar No. 118206)
Teddy K. Joe (Bar No. 242589)
DERGOSITS & NOAH, LLP
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone:    415-705-6377
Facsimile:    415-750-6383
mdergosits@dergnoah.com
tjoe@dergnoah.com

Matthew J.M. Prebeg (*pro hac vice*)
Edward W. Goldstein (*pro hac vice*)
Holly H. Barnes (*pro hac vice*)
GOLDSTEIN, FAUCETT & PREBEG L.L.P.
1177 West Loop South, Suite 400
Houston, TX 77027
Telephone:    713-877-1515
Facsimile:    713-877-1735
mprebeg@gfpiplaw.com
egoldstein@gfpiplaw.com
hbarnes@gfpiplaw.com

Attorneys for Plaintiff
YieldBoost Technologies, Inc.

Claude M. Stern (Bar No. 96737)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065
Telephone:    650-801-5000
Facsimile:    650-801-5100
claudestern@quinnemanuel.com

Robert B. Wilson (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone:    212-849-7000
Facsimile:    212-849-7100
robertwilson@quinnemanuel.com

Jesse Geraci (Bar No. 259755)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    415-875 6600
Facsimile:    415-875 6700
jessegeraci@quinnemanuel.com

Attorneys for Defendants Photon Dynamics, Inc. and Orbotech, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| YIELDBOOST TECHNOLOGIES, INC., a California corporation,<br><br>            Plaintiff,<br>     v.<br><br>PHOTON DYNAMICS, INC., a California corporation, and ORBOTECH, INC., a Delaware corporation,<br><br>            Defendants. | Civil Action No.: 5:09-cv-03828-RS<br><br>[~~PROPOSED~~] **ORDER REGARDING NOTICE OF SETTLEMENT AND UNCONDITIONAL DISMISSAL**<br><br>Honorable Richard Seeborg |

## [~~PROPOSED~~] ORDER

In consideration of the parties' Notice of Settlement and Request for Unconditional Dismissal,

IT IS HEREBY ORDERED THAT all scheduled dates remaining in the above-titled action shall be permanently VACATED, all claims asserted by Plaintiff therein shall be unconditionally DISMISSED with prejudice, and all counterclaims asserted by Defendants therein shall be unconditionally DISMISSED without prejudice. All parties shall bear their own costs, expenses and attorneys' fees.

IT IS SO ORDERED.

Dated: 9/23/10

U.S. DISTRICT JUDGE